UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No: 24-cr-0054 (SRN/DJF) |
| Plaintiff, | **ORDER** |
| v. | |
| Alejandro Maciel Cervantes, | |
| Defendant. | |

This matter is before the Court on Defendant Alejandro Maciel Cervantes' Motion to Seal (ECF No. 30). Defendant requests to seal ECF Nos. 25-28 and states that redaction is not possible in a way that maintains the confidentiality of the information he seeks to protect. (ECF No. 31 at 2.) The Government does not oppose Defendant's motion. (ECF No. 36 ¶ 3.) Pursuant to Local Rule 49.1(d), having reviewed the motion and the files and records herein, and finding good cause;

**IT IS HEREBY ORDERED** that:

1) Defendant's Motion to Seal (ECF No. [30]) is **GRANTED**.

2) The following documents are to be sealed and to remain sealed for a period of 20 years, up to and including **May 16, 2044**:

   a Defendants' Motion for Disclosure of Oral Statements (ECF No. [25]);
   b. Defendant's Motion to Suppress Searches and Seizures of January 31, 2024 (ECF No. [26]);
   c. Defendant's Motion to Retain/Disclose Rough Notes (ECF No. [27]); and
   d. Defendant's Motion to Suppress Evidence Obtained by Search on June 8, 2021 (ECF No. [28]).

Dated: May 20, 2024                  *s/ Dulce J. Foster*
                                     DULCE J. FOSTER
                                     United States Magistrate Judge