**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No: 24-cr-0054 (SRN/DJF) |
| Plaintiff, | **ORDER** |
| v. | |
| Alejandro Maciel Cervantes, | |
| Defendant. | |

This matter is before the Court on Defendant Alejandro Maciel Cervantes' Motion to Seal (ECF No. 47).  Defendant requests to seal ECF Nos. 45-46 and 48-49, and states that redaction is not possible in a way that maintains the confidentiality of the information he seeks to protect. The Government does not oppose Defendant's motion.  (*See* ECF No. 54 ¶ 2.)  Pursuant to Local Rule 49.1(d), having reviewed the motion and the files and records herein, and finding good cause,

**IT IS HEREBY ORDERED** that:

1) Defendant's Motion to Seal (ECF No. [47]) is **GRANTED**.

2) The following documents are to be sealed and to remain sealed for a period of 20 years, up to and including **June 21, 2044**:  ECF Nos. 45, 46, 48 and 49.

Dated:  June 21, 2024

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge